

| | | | |
|---|---|---|---|
| Jenkins v. City of Philadelphia; Greenway Plaza, LLC, In re ....... | 12/16/2015 519 EAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 509 |
| Martinez v. Pennsylvania Bd. of Probation and Parole | 12/01/2015 655 MAL (2015) | Denied | No. 1134 CD 2015 |
| Reed v. W.C.A.B. (Allied Signal, Inc.) ............. | 12/16/2015 427 EAL (2015) | Denied | Pa.Cmwlth., 114 A.3d 464 |
| Rivera v. W.C.A.B. (Pro Pallet, LLC) | 12/16/2015 515 MAL (2015) | Denied | |
| Rule v. Unemployment Compensation Bd. of Review | 12/07/2015 495 EAL (2015) | Denied | |